UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE RAMNARINE,

                Plaintiff,

      -against-

BRONX PSYCHIATRIC CENTER,

                Defendant.

**ORDER OF SERVICE**

20 Civ. 10483 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On December 10, 2020, pro se Plaintiff Marie Ramnarine filed this action against her employer, Bronx Psychiatric Center. (Dkt. No. 2) Plaintiff alleges that Defendant created a hostile work environment and discriminated against her on the basis of her disability, retaliated against her for filing a previous disability discrimination claim, and discriminated against her on the basis of her age and gender in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, the Rehabilitation Act of 1973, 29 U.S.C. §§ 701-796, the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297, and the New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131. (Id.) On February 8, 2021, Plaintiff was granted leave to proceed in forma pauperis, and accordingly, she is entitled to have service effected by the U.S. Marshals Service. (See Dkt. No. 6)

        The Clerk of Court is directed to complete one U.S. Marshals Service Process Receipt and Return form ("USM-285 form") and issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon the Defendant. Alternatively, upon receipt of notice from Plaintiff that she wishes to effect service herself, the Clerk of the Court shall issue a summons and deliver it to Plaintiff.

Plaintiff must ensure that service is effected within 90 days of the date the summons is issued. If Plaintiff elects to have service effected by the Marshals Service, it is her responsibility to inquire of the Marshals Service as to whether service has been made and, if necessary, to request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012). If service has not been made within 90 days from the date the summons is issued, and if Plaintiff has not requested an extension of time to serve within that 90 days, **this action may be dismissed** pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

Finally, Plaintiff must promptly notify the Court in writing if her address changes. Failure to do so **may result in dismissal of this action**. Plaintiff is advised that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York 10007, telephone: (212) 805-0175, may be of assistance in connection with court procedures.

Copies mailed by Chambers.

Dated: New York, New York
       February 10, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge

2

## DEFENDANT'S SERVICE ADDRESS

Bronx Psychiatric Center
1500 Waters Place
Bronx, New York 10461