UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE RAMNARINE,

    Plaintiff,

- against -

BRONX PSYCHIATRIC CENTER and EDWINA BYNUM-SMITH,

    Defendants.

16-CV-0479 (PGG) (GWG)

20 Civ. 10483 (PGG) (GWG)

## STIPULATION AND ORDER OF DISMISSAL AS AGAINST EDWINA BYNUM-SMITH

IT IS HEREBY STIPULATED, AGREED and ORDERED by and between the undersigned attorneys for the parties herein that, pursuant to Fed. R. Civ. P. 41(a)(2), the above-captioned action and all claims asserted against Defendant Edwina Bynum-Smith in the above-captioned action are voluntarily dismissed with prejudice and without payments, attorneys' fees, costs, disbursements or expenses to any of the parties as against the other.

Dated: New York, New York
    July 30, 2021

NYLAG
*Attorney for Plaintiff*

By: *Samantha J. James*
Samantha James
100 Pearl Street, 19th Floor
New York, NY 10004

Dated: New York, New York
July __, 2021   August 4, 2021

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendant*

By: *Carrie Windland*
Carrie Windland
Assistant Attorney General
28 Liberty St.
New York, NY 10005
(212) 416-8437

    The Clerk of Court is directed to close this case.
SO ORDERED:

*Paul S. Gardephe*
HON. PAUL G. GARDEPHE, U.S.D.J.
    Dated: August 5, 2021